IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Patricia Townes<br><br>Debtor(s) | Chapter 13<br>Bky. No. 24-10682 MDC |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my Entry of Appearance on behalf of Citizens Bank, N.A. was served on the following parties by CM/ECF electronic filing and/or regular mail on the date set forth below.

Michael A. Cibik, Esquire
help@cibiklaw.com
Debtor(s), Attorney
Via CM/ECF electronic filing

Kenneth E. West, Esquire
ecfemails@ph13trustee.com
Trustee
Via CM/ECF electronic filing

**Dated**: March 11, 2024                                        /s/ Mary F. Kennedy, Esquire

{00882120}