# EXHIBIT B

**MSP Explorer - Bill Statement (BLST)**

293 - CITiZENS

TIME 17:42:23                    ELOC BILL STATEMENT                    DATE 03/13/24

---------------- K E E P    F O R    Y O U R    R E C O R D S ------------------
                 K E E P    F O R    Y O U R    R E C O R D S

LOAN NUMBER: ▮▮▮▮▮▮▮                          ACCOUNT NUMBER:    ****

| BILLING DATE | CREDIT LIMIT | AVAILABLE CREDIT | PAST DUE | MINIMUM PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|
| 03-08-24 | 75000 | 0 | ▮▮▮▮ | 727.92 | ▮▮▮▮ |

------------------------------ S U M M A R Y --------------------------------
                                S U M M A R Y

| PREVIOUS BALANCE | CHARGES AND FEES | INTEREST CHARGES | PAYMENTS AND CREDITS | CREDIT/DEBIT ADJUSTMENT |
|---|---|---|---|---|
| 85434.26 | .00 | 727.92 | .00 | .00 |

NEW BALANCE:    86162.18

PF: 1 SC F

MSP Explorer - Bill Statement (BLST)
293 - CITIZENS

```
TIME 17:42:23            ELOC BILL STATEMENT                DATE 03/13/24

--------------------- I N T E R E S T   C H A R G E S --------------------
                      I N T E R E S T   C H A R G E S
              FROM    DAYS  DAILY BALANCE  DAY/MTHLY RT  ANNUAL RT   INT CHARGES
Curr Month  02/09/24   29     74,995.00     0.0334699    12.25000      727.92
        Total Days     29    Total Interest Charges:                   727.92



     74995.00  Average Daily Balance    12.25000 Annual Percentage Rate

-------------------- P A Y M E N T   B R E A K D O W N -------------------
                     P A Y M E N T   B R E A K D O W N
     PAYMENT ELEMENT                           AMOUNT
     PAYMENT ELEMENT                           AMOUNT
     Minimum Payment Due                       727.92
     Interest                                  727.92


PF: 1 SC F 2 SC B
```

MSP Explorer - Bill Statement (BLST)

293 - CITIZENS

TIME 17:42:23     ELOC BILL STATEMENT     DATE 03/13/24

Patricia Townes
2216 Mifflin St
Philadelphia     PA 19145 2738

LOAN NUMBER ▮▮▮▮▮▮     ACCOUNT NUMBER:

| PREVIOUS BALANCE | NEW BALANCE | TOTAL DUE | AMOUNT ENCLOSED | FOR PAYMENT DUE: |
|---|---|---|---|---|
| 85434.26 | 86162.18 |  | $_____ | 04-05-24 |

PF: 1 SC F 2 SC B

MSP Explorer - Bill Statement (BLST)

293 - CITIZENS

TIME 17:42:23     ELOC BILL STATEMENT     DATE 03/13/24



PF:      2 SC B