IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Patricia Townes | Chapter 13 |
| Debtor(s) | Bky. No.: 1-24-10682 MDC |

### <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of Citizens Bank, N.A.'s Notice of Mortgage Payment Change was served on the following parties on the date set forth below.

Michael A. Cibik, Esquire
Served via CM/ECF electronic filing:
help@cibiklaw.com
Attorney for Debtor(s)

Kenneth E. West, Esquire
Served via CM/ECF electronic filing:
ecfemails@ph13trustee.com
Trustee

Patricia Townes
2216 Mifflin Street
Philadelphia, PA  19145
Debtor(s)

**Date**: March 15, 2024                              /s/ Mary F. Kennedy, Esquire

{00883128}