IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Patricia Townes<br>    Debtor(s)<br><br>Citizens Bank, N.A.<br>    Objectant(s)<br><br>v.<br><br>Patricia Townes<br>    Respondent(s) | Chapter 13 Proceeding<br><br>No. 24-10682 PMM |

OBJECTION TO CONFIRMATION OF THE PLAN

  Citizens Bank, N.A., a secured creditor in this case objects to the Plan and to the confirmation of the debtor's Chapter 13 Plan and as grounds therefor would show the court the following:

1. The Plan does not provide for the secured creditor, Citizens Bank, N.A. to receive the full value of its claim in violation of 11 USC §1325(a)(5)(B)(ii).

2. As of the date of the filing of the bankruptcy on February 29, 2024, Citizens Bank, N.A. is the holder of a secured claim in the amount of $86,151.28 against the Debtor's property located at 2216 Mifflin St., Philadelphia, PA 19145. On that date the arrears due Citizens Bank, N.A. were $9,876.14. A Proof of Claim was filed by Citizens Bank, N.A. on or about March 26, 2024. See Exhibit "A" attached hereto and made a part hereof.

3. Debtor's Plan makes no provision for the payment of Citizens Bank, N.A.'s arrears claim.

4. If the Plan is confirmed the Citizens Bank, N.A. will suffer irreparable injury, loss and damage.

Respectfully submitted,

/s/ Mary F. Kennedy
Attorney I.D. No. 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA  18966
215-942-9690 phone
215-942-9695 fax
Attorney for Citizens Bank, N.A.