Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Sunrise Of Philadelphia, Inc**
907 Cantrell St
Philadelphia, PA 19148

**Voucher Date** 12/22/2023
**Voucher Number** 115098

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount** ****** 1,272.36

Direct Deposit Voucher
0637  OST176  12/22/23  115098
**Patricia Townes**
2216 Mifflin Street
Philadelphia, PA 19145

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

### Patricia Townes — December 22, 2023 — 115098

| | | | | | |
|---|---|---|---|---|---|
| Emp Id | OST176 | Loc | 300 | Period Begin 12/04/23 | Net Pay 1,272.36 |
| SSN | XXX-XX-2574 | Hire Date | 06/24/16 | Period End 12/17/23 | Dir Dep 1,272.36 |
| Clock | XXXX | Status | A | Check Type Reg | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 0.00 | 200.00 |
| Salary | 80.00 | | 1,760.00 | 44,473.89 |
| Other | 0.00 | | 0.00 | 4,500.00 |
| Bonus | 0.00 | | 0.00 | 1,000.00 |
| 403b ER Match | 0.00 | | 70.40 | 285.60 |
| | 80.00 | | 1,760.00 | 50,173.89 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-2 | 1,654.40 | 126.14 | 4,295.31 |
| OASDI | | 1,760.00 | 109.12 | 3,110.78 |
| Medicare | | 1,760.00 | 25.52 | 727.52 |
| Medicare - Additional | | 1,760.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,760.00 | 54.03 | 1,540.25 |
| PA SUI - EE | | 1,760.00 | 1.23 | 35.12 |
| Philadelphia C. (Philad | | 1,760.00 | 66.00 | 1,892.85 |
| | | | 382.04 | 11,601.83 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| 403b | 105.60 | 428.40 |
| | 105.60 | 428.40 |

#### Payment Summary for Voucher 115098

| | |
|---|---|
| Total Gross Pay | 1,760.00 |
| Federal Taxes | -260.78 |
| State and Local Taxes | -121.26 |
| Other Deductions | -105.60 |
| Net Pay | 1,272.36 |
| Direct Deposits | -1,272.36 |
| Net Check | 0.00 |

#### Additional Information

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK | Ends with ***8857 | 1,272.36 |
| | | 1,272.36 |

This code is shown for information only. It has no effect on your net pay.
This code is not included in your Federal taxable wages.

**Sunrise Of Philadelphia, Inc**
907 Cantrell St
Philadelphia, PA 19148

| | Voucher Date | Voucher Number |
|---|---|---|
| | 01/05/2024 | 115175 |

### Direct Deposit Advice

*** This is not a check***

Direct Deposit Amount ****** 1,276.28

Direct Deposit Voucher
0637 OST176 01/05/24 115175

**Patricia Townes**
2216 Mifflin Street
Philadelphia, PA 19145

---

**Patricia Townes** — January 05, 2024 — 115175

| Emp Id | OST176 | Loc | 300 | Period Begin | 12/18/23 | Net Pay | 1,276.28 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-2574 | Hire Date | 06/24/16 | Period End | 12/31/23 | Dir Dep | 1,276.28 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Salary | 80.00 | | 1,760.00 | 1,760.00 |
| 403b ER Match | 0.00 | | 70.40 | 70.40 |
| | 80.00 | | 1,760.00 | 1,760.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-2 | 1,654.40 | 122.22 | 122.22 |
| OASDI | | 1,760.00 | 109.12 | 109.12 |
| Medicare | | 1,760.00 | 25.52 | 25.52 |
| Medicare - Additional | | 1,760.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,760.00 | 54.03 | 54.03 |
| PA SUI - EE | | 1,760.00 | 1.23 | 1.23 |
| Philadelphia C. (Philad | | 1,760.00 | 66.00 | 66.00 |
| | | | 378.12 | 378.12 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| 403b | 105.60 | 105.60 |
| | 105.60 | 105.60 |

### Payment Summary for Voucher 115175

| | |
|---|---|
| Total Gross Pay | 1,760.00 |
| Federal Taxes | -256.86 |
| State and Local Taxes | -121.26 |
| Other Deductions | -105.60 |
| Net Pay | 1,276.28 |
| Direct Deposits | -1,276.28 |
| Net Check | 0.00 |

### Additional Information



### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK | Ends with ***8857 | 1,276.28 |
| | | 1,276.28 |

This code is shown for information only. It has no effect on your net pay.
This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Sunrise Of Philadelphia, Inc**
907 Cantrell St
Philadelphia, PA 19148

Voucher Date: 01/19/2024
Voucher Number: 115256

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Amount        ****** 1,276.28

Direct Deposit Voucher
0637 OST176 01/19/24 115256
**Patricia Townes**
2216 Mifflin Street
Philadelphia, PA 19145

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_D10_8201_Y © 2012 ReadyPayY

**Patricia Townes**                        January 19, 2024                        115256

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | OST176 | Loc | 300 | Period Begin | 01/01/24 | Net Pay | 1,276.28 |
| SSN | XXX-XX-2574 | Hire Date | 06/24/16 | Period End | 01/14/24 | Dir Dep | 1,276.28 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Salary | 80.00 | | 1,760.00 | 3,520.00 |
| 403b ER Match | 0.00 | | 70.40 | 140.80 |
| | 80.00 | | 1,760.00 | 3,520.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-2 | 1,654.40 | 122.22 | 244.44 |
| OASDI | | 1,760.00 | 109.12 | 218.24 |
| Medicare | | 1,760.00 | 25.52 | 51.04 |
| Medicare - Additional | | 1,760.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,760.00 | 54.03 | 108.06 |
| PA SUI - EE | | 1,760.00 | 1.23 | 2.46 |
| Philadelphia C. (Philad | | 1,760.00 | 66.00 | 132.00 |
| | | | 378.12 | 756.24 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| 403b | 105.60 | 211.20 |
| | 105.60 | 211.20 |

### Payment Summary for Voucher 115256

| | |
|---|---|
| Total Gross Pay | 1,760.00 |
| Federal Taxes | -256.86 |
| State and Local Taxes | -121.26 |
| Other Deductions | -105.60 |
| Net Pay | 1,276.28 |
| Direct Deposits | -1,276.28 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK | Ends with ***8857 | 1,276.28 |
| | | 1,276.28 |

This code is shown for information only. It has no effect on your net pay.
This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Sunrise Of Philadelphia, Inc**
907 Cantrell St
Philadelphia, PA 19148

Voucher Date: 02/02/2024
Voucher Number: 115334

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Amount    ****** 1,276.27

Direct Deposit Voucher
0637  OST176  02/02/24  115334
**Patricia Townes**
2216 Mifflin Street
Philadelphia, PA 19145

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

Patricia Townes          February 02, 2024          115334

| Emp Id | OST176 | Loc | 300 | Period Begin | 01/15/24 | Net Pay | 1,276.27 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-2574 | Hire Date | 06/24/16 | Period End | 01/28/24 | Dir Dep | 1,276.27 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Salary | 80.00 | | 1,760.00 | 5,280.00 |
| 403b ER Match | 0.00 | | 70.40 | 211.20 |
| | 80.00 | | 1,760.00 | 5,280.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-2 | 1,654.40 | 122.22 | 366.66 |
| OASDI | | 1,760.00 | 109.12 | 327.36 |
| Medicare | | 1,760.00 | 25.52 | 76.56 |
| Medicare - Additional | | 1,760.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,760.00 | 54.03 | 162.09 |
| PA SUI - EE | | 1,760.00 | 1.24 | 3.70 |
| Philadelphia C. (Philad | | 1,760.00 | 66.00 | 198.00 |
| | | | 378.13 | 1,134.37 |

| Other Deductions from Pay | | Current Amt | Ytd Amt |
|---|---|---|---|
| 403b | | 105.60 | 316.80 |
| | | 105.60 | 316.80 |

### Payment Summary for Voucher 115334

| Total Gross Pay | 1,760.00 |
|---|---|
| Federal Taxes | -256.86 |
| State and Local Taxes | -121.27 |
| Other Deductions | -105.60 |
| Net Pay | 1,276.27 |
| Direct Deposits | -1,276.27 |
| Net Check | 0.00 |

### Additional Information



### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK | Ends with ***8857 | 1,276.27 |
| | | 1,276.27 |

This code is shown for information only. It has no effect on your net pay.
This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

Sunrise Of Philadelphia, Inc
907 Cantrell St
Philadelphia, PA 19148

Voucher Date: 02/16/2024
Voucher Number: 115413

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Amount     ****** 1,276.28

**Direct Deposit Voucher**
0637 OST176 02/16/24 115413
**Patricia Townes**
2216 Mifflin Street
Philadelphia, PA 19145

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

**Patricia Townes**     February 16, 2024     **115413**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | OST176 | Loc | 300 | Period Begin | 01/29/24 | Net Pay | 1,276.28 |
| SSN | XXX-XX-2574 | Hire Date | 06/24/16 | Period End | 02/11/24 | Dir Dep | 1,276.28 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Salary | 80.00 | | 1,760.00 | 7,040.00 |
| 403b ER Match | 0.00 | | 70.40 | 281.60 |
| | 80.00 | | 1,760.00 | 7,040.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-2 | 1,654.40 | 122.22 | 488.88 |
| OASDI | | 1,760.00 | 109.12 | 436.48 |
| Medicare | | 1,760.00 | 25.52 | 102.08 |
| Medicare - Additional | | 1,760.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,760.00 | 54.03 | 216.12 |
| PA SUI - EE | | 1,760.00 | 1.23 | 4.93 |
| Philadelphia C. (Philad | | 1,760.00 | 66.00 | 264.00 |
| | | | 378.12 | 1,512.49 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| 403b | 105.60 | 422.40 |
| | 105.60 | 422.40 |

### Payment Summary for Voucher 115413

| | |
|---|---|
| Total Gross Pay | 1,760.00 |
| Federal Taxes | -256.86 |
| State and Local Taxes | -121.26 |
| Other Deductions | -105.60 |
| Net Pay | 1,276.28 |
| Direct Deposits | -1,276.28 |
| Net Check | 0.00 |

**Additional Information**

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK | Ends with ***8857 | 1,276.28 |
| | | 1,276.28 |

This code is shown for information only. It has no effect on your net pay.
This code is not included in your Federal taxable wages.