UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    PATRICIA TOWNES

                          Bankruptcy No. 24-10682-PMM

          Debtor

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.     Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.     The within case was commenced by the filing of a Chapter 13 petition on 02/29/2024.

3.     This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C.
  Section 341(a).

- Debtor(s) has/have failed to commence or continue making timely payments to the
  trustee as required by 11 U.S.C. Section 1326.

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 06/06/2024                  Respectfully submitted,

                              */s/ Kenneth E. West, Esq.*
                              Kenneth E. West, Esq.
                              Standing Chapter 13 Trustee
                              P.O. Box 40837
                              Philadelphia, PA  19107
                              Telephone: (215) 627-1377