IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Patricia Townes<br><br>    Debtor(s) | Chapter 13 Proceeding<br><br>24-10682 PMM |

**ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Citizens Bank, N.A.'s Motion for Relief from Stay, it is hereby ORDERED that the Automatic Stay be modified to permit, Citizens Bank, N.A. and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 2216 Mifflin St., Philadelphia, PA 19145.

Upon the order being granted and entered, Citizens Bank, N.A. shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the non-Bankruptcy law.

It is further ORDERED that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Citizens Bank, N.A. and/or its successors and assigns.

BY THE COURT:

*Patricia M. Mayer*
_____
United States Bankruptcy Judge
Patricia M. Mayer

**Date: July 10, 2024**