IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Patricia Townes,** | : | |
| Debtor. | : | Case No. 24-10682 (PMM) |

### ORDER DENYING MOTION AS MOOT

**AND NOW**, upon consideration of the Debtor's Motion to Pay Trustee by Wage Attachment (doc. #32, the "Motion")

BUT this bankruptcy case having been dismissed on July 11, 2024;

It is therefore hereby **ordered** that the Motion is **denied as moot**.

Dated: 7/11/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge