United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-10682-pmm

Patricia Townes                                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 4

Date Rcvd: Jul 11, 2024                       Form ID: pdf900                               Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Patricia Townes, 2216 Mifflin St, Philadelphia, PA 19145-2738 |
| 14862703 | | CCO Mortgage Corp., Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 14864030 | + | Citizens Bank, N.A., Mary F. Kennedy, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southhampton PA 18966-4030 |
| 14862708 | | City of Philadelphia, Bureau Of Administrative Adjudication, 913 Filbert St, Philadelphia, PA 19107-3117 |
| 14862728 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 12 2024 00:01:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14862701 | + | Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 00:15:07 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 14873687 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 00:17:03 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14862705 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 12 2024 00:01:00 | Citizens Bank NA, Attn: Bankruptcy 1 Citizens Plaza, Riverside, RI 02915 |
| 14862707 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14889240 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14862702 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 00:32:06 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864512 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2024 00:16:06 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14862704 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 00:32:16 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14863676 | ^ | MEBN | Jul 11 2024 23:52:55 | Citizens Bank, N.A., 10561 Telegraph Road, Glen |

Allen, VA 23059-4577

| | | | |
|---|---|---|---|
| 14862706 | ^ MEBN | Jul 11 2024 23:53:21 | Citizens Bank/First Mark Sevices, Attn: Bankruptcy 1 Citizens Plaza, Riverside, RI 02915-3026 |
| 14862709 | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14862710 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2024 00:01:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14862711 | ^ MEBN | Jul 11 2024 23:53:17 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14862712 | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2024 00:15:37 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14881254 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2024 00:02:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc.,, P.O. Box 65250,, Salt Lake City, UT 84165-0250 |
| 14873043 | + Email/Text: RASEBN@raslg.com | Jul 12 2024 00:01:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14862713 | + Email/Text: bnc-bluestem@quantum3group.com | Jul 12 2024 00:02:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14862714 | + Email/Text: bnc-bluestem@quantum3group.com | Jul 12 2024 00:02:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14862715 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 12 2024 00:02:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14862716 | + Email/Text: electronicbkydocs@nelnet.net | Jul 12 2024 00:01:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14862717 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2024 00:01:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14864358 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 00:14:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14862718 | ^ MEBN | Jul 11 2024 23:52:49 | LendingPoint LLC., Attn: Bankruptcy 1201 Roberts Blvd Suite, Kennesaw, GA 30144-3612 |
| 14862720 | Email/Text: ml-ebn@missionlane.com | Jul 12 2024 00:01:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14862719 | + Email/Text: bankruptcy@marinerfinance.com | Jul 12 2024 00:01:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14880986 | + Email/Text: bankruptcy@marinerfinance.com | Jul 12 2024 00:01:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14874549 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 00:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14862721 | Email/Text: bankruptcy@moneylion.com | Jul 12 2024 00:02:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 14862723 | + Email/Text: bankruptcygroup@peco-energy.com | Jul 12 2024 00:01:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14862724 | Email/Text: fesbank@attorneygeneral.gov | Jul 12 2024 00:01:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14862727 | ^ MEBN | Jul 11 2024 23:52:43 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14862722 | + Email/Text: blegal@phfa.org | Jul 12 2024 00:01:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |

District/off: 0313-2                          User: admin                                Page 3 of 4

Date Rcvd: Jul 11, 2024                       Form ID: pdf900                            Total Noticed: 51

| | | | |
|---|---|---|---|
| 14862725 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14862726 | ^ MEBN | Jul 11 2024 23:53:20 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14862729 | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14880654 | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2024 00:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14862730 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2024 00:02:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14862731 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 12 2024 00:01:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Vlg, CO 80111-4720 |
| 14862732 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 00:32:18 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14862733 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 12 2024 00:01:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14862734 | ^ MEBN | Jul 11 2024 23:52:53 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14876387 | + Email/Text: electronicbkydocs@nelnet.net | Jul 12 2024 00:01:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14862735 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 12 2024 00:16:05 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2                      User: admin                                Page 4 of 4
Date Rcvd: Jul 11, 2024                   Form ID: pdf900                             Total Noticed: 51

KENNETH E. WEST
                         ecfemails@ph13trustee.com  philaecf@gmail.com

MARY F. KENNEDY
                         on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL A. CIBIK
                         on behalf of Debtor Patricia Townes help@cibiklaw.com
                         noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                         m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
                         on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans
                         Structured Transaction Trust, Series 2019-1 mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                         on behalf of Creditor Federal Home Loan Mortgage Corporation rshearer@raslg.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    PATRICIA TOWNES<br><br><br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 24-10682-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 11, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge