United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10682-pmm |
| Patricia Townes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Townes, 2216 Mifflin St, Philadelphia, PA 19145-2738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Jul 11 2024 23:52:56 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| cr | + Email/Text: RASEBN@raslg.com | Jul 12 2024 00:01:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 13, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL A. CIBIK

on behalf of Debtor Patricia Townes help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 mimcgowan@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor Federal Home Loan Mortgage Corporation rshearer@raslg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

Case 24-10682-pmm    Doc 41    Filed 07/13/24    Entered 07/14/24 00:35:07    Desc Imaged
Certificate of Notice    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| **Patricia Townes,** | : | |
| Debtor. | : | Case No. 24-10682 (PMM) |
| _____ | | |

### ORDER DENYING MOTION AS MOOT

**AND NOW**, upon consideration of the Debtor's Motion to Pay Trustee by Wage Attachment (doc. #32, the "Motion")

BUT this bankruptcy case having been dismissed on July 11, 2024;

It is therefore hereby **ordered** that the Motion is **denied as moot**.

Dated: 7/11/24

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge